DRUM ET AL., APPELLEES, *v.* WASHLOCK ET AL.; MAYFIELD CITY BOARD OF EDUCATION, APPELLANT.

[Cite as *Drum v. Washlock* (2001), 91 Ohio St.3d 207.]

(No. 00–1706—Submitted February 28, 2001—Decided March 28, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Stevens v. Aekman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Thomas J. Downs,* for appellant.